UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN SALAZAR HUERTA, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*<br>    Plaintiff,<br><br>v.<br><br>LOG-ON COMPUTER & MAILING SERVICES INC.,<br><br>    Defendants. | Case No.: 1:24-cv-04835<br><br>**[PROPOSED]**<br>**RULE 68 JUDGMENT** |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant LOG-ON COMPUTER & MAILING SERVICES INC. ("Defendant"), having offered to allow Plaintiff JUAN SALAZAR HUERTA ("Plaintiff") to take a judgment against it, in the sum of Sixty-Five Thousand Dollars and No Cents ($65,000.00), inclusive of attorneys' fees and costs, to rsolve all of Plaintiff's individual claims against Defendant, in accordance with the terms and conditions of Defendant's Rule 68 Offer of Judgment dated October 11, 2024 and filed as Exhibit A to Docket Number 17;

**WHEREAS**, on October 14, 2024, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendant's Offer of Judgment (Dkt. No. 17);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff JUAN SALAZAR HUERTA, in the sum of $65,000.00, in accordance with the terms and conditions of Defendant's Rule 68 Offer of Judgment dated October 11, 2024 and filed as Exhibit A to Docket Number 17. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: _____, 2024        _____
           New York, New York                                                                             U.S.D.J.